UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| YOHAN BIC FLAME-BEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:21-cv-01986-SEB-TAB |
| MOORE Clerk's Entry of Default entered on 11/18/2024, | ) ) ) ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Motion for Default Judgment [Dkt. 238]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Plaintiff's Motion for Default Judgment is hereby GRANTED. The Court will set this matter for a hearing on damages via separate entry.

Date: 4/11/2025

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

YOHAN BIC FLAME-BEY
148865
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
P.O. Box E
NEW CASTLE, IN 47362

MOORE
5734 W. County Road 450 South,
Knightstown, IN 46148

Anthony Marino Eleftheri
DREWRY SIMMONS VORNEHM, LLP (Carmel)
aeleftheri@dsvlaw.com

Bryan Findley
CASSIDAY SCHADE LLP
bfindley@cassiday.com

Joseph A. Panatera
Cassiday Schade LLP
jpanatera@cassiday.com

Eric Ryan Shouse
Lewis And Wilkins LLP
shouse@lewisandwilkins.com